UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEPHEN E. BARNES**, as a shareholder, director, and officer of and on behalf of **CELLINO & BARNES, P.C.**, and<br><br>Plaintiff,<br><br>- v -<br><br>**CELLINO & CELLINO, LLP** and **DOES 1** through **4**, inclusive,<br><br>Defendant. | **CELLINO & BARNES, P.C.'s RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Civ. Action No.:  19-cv-729-EAW |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Cellino & Barnes, P.C., by and through its undersigned counsel, states that Cellino & Barnes, P.C. is a professional corporation incorporated under the law of the State of New York and it does not have a parent corporation nor do any publicly held corporation(s) own 10% or more of its stock.

Dated: Buffalo, New York
June 21, 2019

DUKE HOLZMAN PHOTIADIS & GRESENS LLP

By: /s/ *Christopher M. Berloth*
Gregory P. Photiadis
Christopher M. Berloth
*Attorneys for Plaintiff Stephen E. Barnes as a shareholder, director, and officer of and on behalf of Cellino & Barnes, P.C.*
701 Seneca Street, Suite 750
Buffalo, New York 14210
(716) 855-1111
gpp@dhpglaw.com
cberloth@dhpglaw.com

- 2 -

        **BARCLAY DAMON LLP**
        Michael A. Oropallo
        *Attorneys for Plaintiff Stephen E. Barnes*
        *as a shareholder, director, and officer of and on*
        *behalf of Cellino & Barnes, P.C.*
        Barclay Damon Tower
        125 East Jefferson Street
        Syracuse, New York 13202
        (315) 425-2831
        moropallo@barclaydamon.com