# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| STEPHEN E. BARNES, et al. *Plaintiff* v. CELLINO & CELLINO, LLP, et al. *Defendant* | Case No. 1:10-cv-00729 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cellino & Cellino LLP

Date: 06/21/2019

s/Patrick J. Hines
*Attorney's signature*

Patrick J. Hines (4982666)
*Printed name and bar number*

Hodgson Russ LLP
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
*Address*

phines@hodgsonruss.com
*E-mail address*

(716) 848-1679
*Telephone number*

(716) 819-4657
*FAX number*