# Exhibit 1

**Exhibit 1**

