UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**STEPHEN E. BARNES, et al.,**

                Plaintiff,

v.                                       Civil No.: 1:19-cv-00729

**CELLINO & CELLINO, LLP, et al.,**

                Defendant.

---

## **STIPULATION AS TO ATTORNEY WITHDRAWAL**

Pursuant to Local Rule 83.2(d)(2), it is hereby stipulated and agreed that Kevin A. Szanyi hereby withdraws as co-counsel for defendant Cellino & Cellino LLP.

Dated: July 17, 2019

**CELLINO & CELLINO LLP**

By: /s/ Ann Marie Cellino
      Ann Marie Cellino
      Annamarie Cellino
      Jeanna Cellino
2210 Main Place Tower
350 Main Street
Buffalo, New York 14202
acellino@cellinolaw.com
amcellino@cellinolaw.com
jcellino@cellinolaw.com

Dated: July ___, 2019

**WEBSTER SZANYI LLP**
Attorneys for Defendant

By: /s/ Kevin A. Szanyi
      Kevin A. Szanyi
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
kszanyi@websterszanyi.com

| | |
|---|---|
| Dated:  July 24, 2019 | **DUKE HOLZMAN PHOTIADIS & GRESENS LLP**<br>Attorneys for Plaintiff<br><br>By:  /s/ Gregory P. Photiadis<br>       Gregory P. Photiadis<br>701 Seneca Street, Suite 750<br>Buffalo, New York 14210<br>gpp@dhpglaw.com |
| Dated:  July ___, 2019 | **HODGSON RUSS LLP**<br>Attorneys for Defendant<br><br>By:  /s/ Julia M. Hilliker<br>       Julia M. Hilliker<br>The Guaranty Building<br>140 Peal Street, Suite 100<br>Buffalo, New York 14202<br>JHillike@hodgsonruss.com |